IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTONIO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-008 |
| | ) | |
| WARDEN MR. BOWENS; | ) | |
| D/W OF SECURITY MR. JACKSON; | ) | |
| CAPTAIN MRS. STENTSON; and | ) | |
| LIEUTENANT MRS. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 12.)

The Magistrate Judge recommended dismissing Plaintiff's case as a sanction for Plaintiff providing dishonest information about his filing history in his complaint. Plaintiff objects, stating he has not filed three prior cases, citing the Magistrate's Judge's reference to the three strikes rule, 28 U.S.C. § 1915(g), and claiming the complaint form did not ask him whether he filed other cases related to his imprisonment. The Magistrate Judge did not recommend dismissal under the three strikes rule, and the complaint form indeed asks, "Other than lawsuits already listed in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this

action *or relating to your imprisonment?*" (Doc. no. 1, p. 2 (emphasis added).) Plaintiff answered "no" despite filing another lawsuit in federal court related to his imprisonment, Williams v. Henley, CV 612-054, doc. no. 1 (S.D. Ga. July 16, 2012), which he does not deny.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this ____ day of May, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE