# United States District Court
## Southern District of Georgia

ANTONIO WILLIAMS,

        Plaintiff,

V.

WARDEN MR. BOWENS;
D/W OF SECURITY MR. JACKSON;
CAPTAIN MRS. STENTSON; and
LIEUTENANT MRS. JOHNSON,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV323-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 24, 2023 Order overruling Plaintiff's objections and adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's case is dismissed without prejudice as a sanction for Plaintiff's abuse of the judicial process. This case stands closed.



5/24/2023  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020